# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
JOSEPH LENTINE
Defendant.

Case No. 1:21-mj-00633

## CRIMINAL MINUTES before
## Magistrate Judge Stephanie K. Bowman

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # **1761**)      Date/Time: 9/10/21 @ 1:30 pm
United States Attorney: Ebunoluwa Taiwo
Defendant Attorney: Brandon Moermond (CJA)      Interpreter: N/A

- ☐ By telephone  ☒ By videoconferencing  ☒ Deft (does) / does not consent to proceed
- *Initial Appearance:* ☒ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
- ☒ Counsel present      ☐ *Superseding Indictment*      ☐ *Pretrial Release Violation*
- ☒ Defendant informed of charges and potential penalties  ☐ Defendant informed of nature of supervised release violation(s)
- ☒ Defendant informed of his / her rights  ☒ Defendant provided copy of charging document  ☐ copy provided to counsel (if sealed)
- ☐ Government moves for defendant to be detained pending detention hearing _____
- ☒ Financial affidavit presented to the Court/Defendant  ☐ Defendant informed of right to consulate notification (if applicable)
- ☒ Counsel appointed  ☐ FPD  ☒ CJA  ☐ Charging document unsealed upon oral motion of the United States
- ☒ Government informed of requirements of Fed. R. Crim. P. 5(f)      ☐ Defendant did not contest detention at this time
- *Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order
- Plaintiff Witness _____      ☐ Detention is moot-active parole/probation detainer
- Defendant Witness _____      ☐ Detention is moot - serving state sentence
- ☐ Home Incarceration
- ☒ OR  ☐ Secured with _____  ☐ Electronic Monitor  ☐ Other  ☐ Home Detention  ☐ Curfew
- ☐ Location Monitoring  ☐ GPS  ☐ RF  ☐ Stand Alone
- Special Conditions of Release: ☒ Pretrial/Probation Supervision ☒ Drug testing & Treatment ☐ maintain employment & verify
- ☒ refrain from all/*excessive* alcohol ☒ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to _____
- ☒ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
- **(EXCEPT FOR ANGEL STRUNK, FOR EMPLOYMENT ONLY)** ☒ Do not obtain passport  ☒ Mental Health Eval/Treatment
- *Pretrial Bond Violation Hearing:* **COMPLY WITH STATE COURT SUPERVISION CONDITIONS (BUTLER CTY)**
- ☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: **AND PERMIT SHARING OF INFORMATION BETWEEN FEDERAL PRETRIAL SVCS AND BUTLER CTY PROBATION**
- Preliminary Exam Hearing set **10/1/21 @ 1:30 PM BEFORE MJ LITKOVITZ**
- *Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
- AUSA Witnesses: _____      Defendant Witnesses: _____
- AUSA Exhibits: _____      Defendant Exhibits: _____

*Arraignment on* ☐ *Indictment*  ☐ *Superseding Indictment*  ☐ *Second Superseding Indictment*
Defendant waives reading ☐      Defendant pleads: ☐ GUILTY  ☐ NOT GUILTY
☐ PSI ordered      ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
- ☐ Defendant waives Identity Hearing      ☐ Defendant waives Detention Hearing in this district
- ☐ Defendant waives Preliminary Hearing in this district
- ☐ Commitment to Another District Ordered      ☐ Removed to _____
- ☐ Probable Cause Found
- ☐ Defendant to voluntarily report to charging district no later than _____

Remarks: