UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:21-MJ-633 |
| Plaintiff, | : | |
| v. | : | MAGISTRATE JUDGE BOWMAN |
| JOSEPH LENTINE, | : | |
| Defendant. | : | |

## ORDER EXTENDING TIME TO FILE INDICTMENT/INFORMATION

Having read and considered the parties' Motion for an Order Extending the Time in Which to File an Indictment/Information, and Defendant's Knowing Waiver of Timely Indictment/Information, the Court hereby **GRANTS** the Motion. In so doing, the Court finds that the Defendant's waiver is knowing, intelligent, and voluntary. The Court further finds pursuant to 18 U.S.C. § 3161(h)(7)(A), after considering the factors set forth in 18 U.S.C. § 3161(h)(7)(B), that the ends of justice served by granting the extension outweigh the best interest of the public and the Defendant in a speedy information, indictment and trial. The Court makes this ends of justice finding because the failure to grant an extension would deny counsel for the Defendant and/or the United States reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice in that the parties desire and need additional time to review certain informal discovery material and information, conduct their respective investigation and analysis, and explore, negotiate and consider a possible pre-indictment resolution of this matter.

Accordingly, the time period specified in 18 U.S.C. § 3161(b), within which the United States must file an indictment or information relative to the current charges in this matter, is extended for a period of 65 days, up to and including Thursday, December 16, 2021. The time period from the date when an indictment or information must have been filed originally, namely, Tuesday, October 12, 2021,[1] up to and including Thursday, December 16, 2021, shall be excluded in computing the time within which an indictment or information relative to the charge(s) in this matter must be filed.

Date: **Oct 8, 2021**

*Stephanie K. Bowman*
HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* Fed R. Crim. P. 45(a)("The following rules apply in computing any time period … in any statute that does not specify a method of computing time… if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.").